**This document was signed electronically on February 28, 2011,**
**which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: February 28, 2011**

**Pat E. Morgenstern-Clarren**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Patrick J Hayes | ) Chapter 13 Case No. 10-21832-M |
| | XXX-XX-9228 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

       This case came on for consideration by the Court upon all the matters scheduled for hearing on February 15, 2011. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

       The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

       The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
 /S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268      Fax (216) 621-4806
Ch13shopneck@ch13cleve.com


## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

T Jeffery Tumlin, Attorney for Debtor (served via ECF)

Patrick J Hayes, Debtor
3694 W 132nd Street
Cleveland OH 44111

Jones Lang Lasalle Services, Employer
Attn:  Payroll, 200 East Randolph Dr
Chicago IL 60601


CS/bas
02/25/11

```
In re:                                               Case No. 10-21832-pmc
Patrick J. Hayes                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1        User: vdomb          Page 1 of 1        Date Rcvd: Feb 28, 2011
                            Form ID: pdf727       Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
db          +Patrick J. Hayes,   3694 W. 132nd Street,   Cleveland, OH 44111-3303
cr          +Harley-Davidson Credit Corp.,   P.O. Box 829009,   Dallas, TX 75382-9009
            +Jones Lang Lasalle Services, Employer,   Attn: Payroll Dept.,   200 East Randolph Drive,
              Chicago, IL 60601-6537
20350029    +Ally Financial Inc. f/k/a GMAC Inc.,   Bankruptcy Dept,   P.O. Box 130424,
              Roseville, MN 55113-0004
20202508    +Anne Marie Walker,   22865 Hilliard,   Rocky River, OH 44116-3058
20202510    +Dyck O'Neil,   15301 Spectrum Drive, Suite 450,   Addison, TX 75001-6436
20202511    +Everhome Mortgage,   PO Box 2167,   Jacksonville, FL 32232-0004
20202512    +Everhome Mortgage,   c/o Kathryn C. Weaver,   PO Box 5480,   120 East Fourth Street, 8th Floor,
              Cincinnati, OH 45202-4099
20202513    +GMAC/Ally,   PO Box 380902,   Minneapolis, MN 55438-0902
20248757    +HARLEY-DAVIDSON CREDIT CORP,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
20214185    +Rjm Acquisitions Funding Llc,   575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
20202516    +Sallie Mae,   PO Box 9500,   Wilkes Barre, PA 18773-9500
20276251     Sallie Mae Inc. on behalf of USA FUNDS,   Attn Bankruptcy Litigation Unit E3149,   P O Box 9430,
              Wilkes Barre PA 18773 9430
20313301    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank, N.A.,   4801 Frederica Street,   Owensboro, KY 42301)
20202517    +US Bank,   17500 Rockside Road,   Westlake, OH 44146-2099
20202518    +US Bank,   c/o Matthew McKelvey,   PO Box 5480,   Cincinnati, OH 45201-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20202514    +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 28 2011 21:27:00   Harley Davidson Credit,
              PO Box 22048,   Carson City, NV 89721-2048
20202515    +E-mail/Text: pmiller@nhscleveland.org Feb 28 2011 21:44:23   Neighborhood Housing Service,
              5700 Broadway Avenue,   Cleveland, OH 44127-1715
20202516    +E-mail/PDF: pa_dc_claims@salliemae.com Mar 01 2011 02:31:58   Sallie Mae,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
20276251     E-mail/PDF: pa_dc_litigation@salliemae.com Mar 01 2011 02:31:59
              Sallie Mae Inc. on behalf of USA FUNDS,   Attn Bankruptcy Litigation Unit E3149,   P O Box 9430,
              Wilkes Barre  PA 18773 9430
                                                                            TOTAL: 4


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Everhome Mortgage Company
cr           US Bank, NA
20202509*   +Anne Marie Walker,   22865 Hilliard,   Rocky River, OH 44116-3058
                                                                  TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2011**                        **Signature:**   *Joseph Speetjens*